**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
APRIL BROWN *and*
SHARI BURANONDHA,
*each individually and on behalf of*
*all others similarly situated*,

            *Plaintiffs*,

            *v*.

FORCE ONE INTERNATIONAL SECURITY, INC., FKA
FORCE ONE INTERNATIONAL SECURITY &
CONSULTANT FIRM, INC.,
AHMAD SHAHEED, Sr. AKA AHMED SHAHEED, Sr., *and*
AHMAD SHAHEED, Jr. AKA AHMED SHAHEED, Jr.,

            *Defendants*.
------------------------------------------------------------------------X

**Index Nº : 14 CV 2614**

**RELATED CASE**
**STATEMENT**

      Plaintiffs respectfully advise the Court that the above-captioned action may be related to another civil case recently filed that before the Hon. U.S. District Judge Dora L. Irizarry and the Hon. U.S. Magistrate Judge Ramon E. Reyes, Jr., and "a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge."  L. CIV. R. 50.3.1(a).  *Garvin v. Force One Int'l Sec'y, Inc. et al.*, 14 CV 1795 (DLI)(RER) also involves wage theft claims under 29 U.S.C. §§ 201–19 against each of the Defendants in this action.

Dated: New York, New York
       April 24, 2014

Respectfully submitted by:
      THE HARMAN FIRM, PC

        s/   Walker G. Harman, Jr.
      Walker G. Harman, Jr. [WH-8044]
      1776 Broadway, Suite 2030
      New York, New York 10019
      (212) 425-2600
      wharman@theharmanfirm.com