AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| April Brown and Shari Buranondha <br><br> *Plaintiff(s)* <br> v. <br> Force One International Security, Inc. FKA Force One International Security & Consultant Firm, Inc., Ahmad Shaheed, Sr. AKA Ahmed Shaheed, Sr., and Ahmad Shaheed, Jr. AKA Ahmed Shaheed, Jr. <br> *Defendant(s)* | Civil Action No. 14 Civ. 2614 NGG-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Force One International Security, Inc.
1164 Bedford Avenue
Brooklyn, New York 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Harman Firm, PC
1776 Broadway, Suite 2030
New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/28/2014

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| April Brown and Shari Buranondha <br><br> *Plaintiff(s)* <br> v. <br> Force One International Security, Inc. FKA Force One International Security & Consultant Firm, Inc., Ahmad Shaheed, Sr. AKA Ahmed Shaheed, Sr., and Ahmad Shaheed, Jr. AKA Ahmed Shaheed, Jr. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14 Civ. 2614 NGG-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ahmad Shaheed, Sr. AKA Ahmed Shaheed, Sr.
Force One International Security, Inc.
1164 Bedford Avenue
Brooklyn, New York 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Harman Firm, PC
1776 Broadway, Suite 2030
New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/28/2014

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| April Brown and Shari Buranondha <br><br> *Plaintiff(s)* <br> v. <br> Force One International Security, Inc. FKA Force One International Security & Consultant Firm, Inc., Ahmad Shaheed, Sr. AKA Ahmed Shaheed, Sr., and Ahmad Shaheed, Jr. AKA Ahmed Shaheed, Jr. <br> *Defendant(s)* | Civil Action No. 14 Civ. 2614 NGG-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ahmad Shaheed, Jr. AKA Ahmed Shaheed, Jr.
Force One International Security, Inc.
1164 Bedford Avenue
Brooklyn, New York 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Harman Firm, PC
1776 Broadway, Suite 2030
New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/28/2014                       s/ Kimberly Davis
                                      *Signature of Clerk or Deputy Clerk*