## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of New York

Index Number: 14CV2614                                           Date Filed: 4/28/2014

Plaintiff:
**April Brown and Shari Buranondha**

vs.

Defendant:
**Force One International Security, Inc. FKA Force One International Security & Consultant Firm, Inc., Ahmad Shaheed, Sr. AKA Ahmed Shaheed, Sr., and Ahmad Shaheed, Jr. AKA Ahmed Shaheed, Jr.**

Received by THE HARMAN FIRM, PC on the 28th day of April, 2014 at 1:29 pm to be served on **Force One International Security, Inc., 1164 Bedford Avenue, Brooklyn, Kings County, NY 11216**.

I, Brent Richardson, being duly sworn, depose and say that on the **28th day of April, 2014** at **2:43 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS and COMPLAINT WITH JURY DEMAND and CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **BEATRICE** as **RECEPTIONIST**, who verbally declared he/she is duly authorized to accept such service on behalf of **Force One International Security, Inc.**, at the address of: **1164 Bedford Avenue, Brooklyn, Kings County, NY 11216**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 160, Hair: Salt & Pepper, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: __NEW YORK__ }
County: __KINGS__ }

Subscribed and Sworn to before me on the __30th__ day of __APRIL__, __2014__ by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

**EMPRESS C. SUMMERS**
Notary Public, State of New York
Qualified in Queens County
No. 01SU6289731
My Commission Expires 09/30/2017

**Brent Richardson**
N.Y.C.D.C.A.# 1346943

**THE HARMAN FIRM, PC**
200 West 57th Street
Suite 900
New York, NY 10019

Our Job Serial Number: BNP-2014000328
Service Fee: _____

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0e

