# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of New York

Index Number: 14CV2614

Date Filed: 4/28/2014

Plaintiff:
**April Brown and Shari Buranondha**

vs.

Defendant:
**Force One International Security, Inc. FKA Force One International Security & Consultant Firm, Inc., Ahmad Shaheed, Sr. AKA Ahmed Shaheed, Sr., and Ahmad Shaheed, Jr. AKA Ahmed Shaheed, Jr.**

Received by THE HARMAN FIRM, PC on the 28th day of April, 2014 at 1:29 pm to be served on **Ahmad Shaheed, Sr. AKA Ahmed Shaheed, Sr., 1164 Bedford Avenue, Brooklyn, Kings County, NY 11216**.

I, Brent Richardson, being duly sworn, depose and say that on the **28th day of April, 2014 at 2:43 pm, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS and COMPLAINT WITH JURY DEMAND and CIVIL COVER SHEET** with **BEATRICE, RECEPTIONIST**, at **1164 Bedford Avenue, Brooklyn, Kings County, NY 11216**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS and COMPLAINT WITH JURY DEMAND and CIVIL COVER SHEET** in a postpaid envelope addressed to: **Ahmad Shaheed, Sr. AKA Ahmed Shaheed, Sr., 1164 Bedford Avenue, Brooklyn, Kings County, NY 11216** and bearing the words "Personal & Confidential" by First Class Mail on **4/30/2014** at **11:00** a.m./p.m. and placed in an official depository of the U.S.P.S. in the State of New York.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 160, Hair: Salt & Pepper, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: **NEW YORK**
County: **KINGS**

Subscribed and Sworn to before me on the **30th** day of **APRIL**, **2014** by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

**EMPRESS C. SUMMERS**
Notary Public, State of New York
Qualified in Queens County
No. 01SU6289731
My Commission Expires 09/30/2017

**Brent Richardson**
N.Y.C.D.C.A.# 1346943

**THE HARMAN FIRM, PC**
200 West 57th Street
Suite 900
New York, NY 10019

Our Job Serial Number: BNP-2014000329
Service Fee: _____

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0e

