UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

APRIL BROWN *and* SHARI BURANONDHA, *each individually and on behalf of all others similarly situated,*

          *Plaintiffs,*

    *v.*

FORCE ONE INTERNATIONAL SECURITY, INC. FKA FORCE ONE INTERNATIONAL SECURITY & CONSULTANT FIRM, INC., AHMED SHAHEED, Sr. AKA AHMED SHAHEED, Sr., *and* AHMAD SHAHEED, Jr. AKA AHMED SHAHEED, Jr.,

          *Defendants.*

-----------------------------------------------------------------------------x

(Proposed)
**Certificate of Default of Defendant Force One International Security, Inc.**

14 Civ. 2614 (NGG)(LB)

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 1 0 2014 ★
BROOKLYN OFFICE

    I, DOUGLAS C. PALMER, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Force One International Security, Inc., FKA Force One International Security & Consultant Firm, Inc. has not filed an answer or otherwise moved with respect to the Complaint. The default of Defendant Force One International Security, Inc., FKA Force One International Security & Consultant Firm, Inc., is hereby noted pursuant to FED. R. CIV. P. 55(a).

Dated: Brooklyn, New York

July 10th, 2014

DOUGLAS C. PALMER, Clerk of Court

*Janet Hamilton*
Deputy Clerk